JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FREDDY IZAGUIRRE,

Plaintiff,

v.

JACOB AJNASSIAN, et al.,

Defendants.

Case No. CV 26-7013-MWF(SSCx)

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

The Court has considered the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"). (Docket No. 26). For good cause shown, the Court GRANTS the Stipulation and ORDERS this action DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: September 14, 2026

MICHAEL W. FITZGERALD
United States District Judge